IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 24 2021**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_Aaron Micheal Vigil_, Plaintiff

v.

_El Paso County Sheriff Detention Center,_

_Alvin Gillespie, Warden/commander of El Paso County Jail._

_Bill Elder sheriff @ El Paso County._

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Aaron Vigil, A00164744, 2739 E. Las Vegas c/s, Co 80906.
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: El Paso County Sheriff Detention Center
(Name, job title, and complete mailing address)

2739 E. Las Vegas St. Colorado Springs, Co. 80906.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✗ Yes ___ No (*check one*). Briefly explain:

It is the Detention Center of El Paso County and responsible for all procedures and policies of El Paso.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 2: **Alvin Gillespie, Administrator/Warden**
(Name, job title, and complete mailing address)
**2739 E. Las Vegas St Colorado Springs, Co. 80906.**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✗ Yes ✗ No (check one). Briefly explain:

**He is the Administrator and responsible for all policies and procedures @ "CJC" and supervisor responsible for all employees.**

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: **William Elder, sheriff**
(Name, job title, and complete mailing address)
**2739 E. Las Vegas St. Colorado Spr. Co. 80606.**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✗ Yes ___ No (check one). Briefly explain:

**He is the sheriff of El Paso County and responsible for all procedures and policies of El Paso County.**

Defendant 3 is being sued in his/her **X** individual and/or **X** official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Unconstitutional Conditions of Confinement

Supporting facts: a) The Due Process Clause of the Fourteenth Amendment governs the treatment of pre-trial detainees. Persons in pretrial custody are presumed innocent and therefore have greater protections from adverse government actions than persons convicted of crimes. b) The Due Process Clause requires Defendants Elder and Gillespie to protect pretrial detainees from a substantial risk of serious harm to their health and safety. It also requires Defendants Elder and Gillespie to provide for pre-trial detainees' serious medical needs. c) Sheriff Elder, and Warden/Commander have subjected Plaintiff to unsafe and dangerous conditions of confinement that places Plaintiff at substantial risk of serious harm from various conditions as well as COVID-19. Sheriff Elder and Warden/Commander have demonstrated both subjective and objective deliberate indifference to the risks that Plaintiff will suffer sickness, serious injury to health, or even death. D) As a result, Plaintiff has suffered, and without this Court's intervention, will continue to suffer irreparable injury. e) My condition as well as COVID-19 infection poses a risk of serious harm, including death, to all incarcerated persons in the El Paso County Jail. Defendants have acted with deliberate indifference to the risk posed to Plaintiff in his presence and spread of COVID-19 at the jail. f) The Free Exercise Clause of the First Amendment provides that the government: "Shall make no laws respecting the establishment of religion or prohibiting the free exercise thereof..."

4

### E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                   _____

Claims raised:                                       _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:       _____

Result on appeal, if appealed:               _____


### F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

·Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    _X_ Yes ___ No (*check one*)

5

# AUTHORIZATION

I, _Aaron Vigil_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Aaron Vigil_

Prisoner Signature: _[signature]_

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

a.) Award a preliminary and/or permanent injunction prohibiting Defendants and their agents and employees from retaliating against Plaintiff in any way, shape, or form, due to filing of this complaint. b.) Award any additional appropriable equitable relief, including any injunctive relief, or declatory relief, necessary to change or reform the jail's policies. c.) Award punitive damages in the amount of $250,000.00 (Two Hundred and Fifty Thousand U.S. Dollars), to be paid jointly and severally by defendants. d.) Award pre-judgement interest, as well as reasonable attorney's fees, and other costs. e.) Award a reasonable weekly stipend for Plaintiff to hire a paralegal.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

05-18-2021
(Date)

(Form Revised December 2017)

## Certificate of Service

I Aaron Vigil hereby certify that a copy of the forgoing pleading/document was mailed to "Administrator" Alvin Cy Gillespie or counsel for defendants at 2739 E. Las Vegas Street, Colorado Springs, CO on

Plaintiff:

Aaron Vigil

*/signature/*

To whom it may concern:

All named persons you are now being notified that because of your affiliation with entity known by these names; El Paso County Sheriff Office and Criminal Justice Center, and El Paso County Sheriff Detention Center.

That you are being sued by Aaron Vigil in Civil and Claims Court...

Sheriff of El Paso County   William Elder.
Warden/Administrator of CJC.   Alvin Cy Gillespie.

Respectfully,

Aaron Vigil

Certificate of Service

I Aaron Vigil hearby certify that a copy of the foregoing pleading/document was mailed to sheriff William Elder at 27 E. Vermijo Avenue Colorado Springs, CO. 80903 on.

Plaintiff:

Aaron Vigil